✎ AO 466 (Rev. 10/03) Waiver of Rule 32.1 Hearings

# UNITED STATES DISTRICT COURT

_____ SOUTHERN _____   DISTRICT OF _____ CALIFORNIA _____

UNITED STATES OF AMERICA

### WAIVER OF RULE 32.1 HEARINGS
(Probation/Supervised Release Violation)

V.

_Lorenzo Garcia Hernandez_
Defendant

CASE NUMBER:  _07mJ 8915_

CHARGING DISTRICTS
CASE NUMBER:  _03CR 20064 -JW_

I understand that charges are pending in the  _Northern District of California_

alleging violation of  _Supervised Release_  and that I have been arrested in this district and
(Probation / Supervised Release)

taken before a judge,  who has informed me of the charge(s) and  my rights to:

(1)   retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)   an identity hearing to determine whether I am the person named in the charges;

(3)   a preliminary hearing (but only if I will be kept in custody, and the hearing will only be held in this district if the alleged
     violation occurred here) to determine whether there is probable cause to believe a violation occurred; and

(4)   a hearing under Rule 32.1(a)(6), Fed. R. Crim. P., in which I have the burden of establishing my eligibility for release from
     custody.

**FILED**

**NOV 13 2007**

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

## I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):

(  ✓  )  identity hearing

(  )  preliminary hearing

(  )  identity hearing but request a preliminary hearing be held in the prosecuting district and, therefore, consent to the issuance of
       an order requiring my appearance in the prosecuting district where the charges are pending against me.

_X_ _____
Defendant

_11/8/07_ _____
Date

_____
Defense Counsel